**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

McDonald's Corporation,

Plaintiff,

v.

JRI Holdings, LLC, *et al.*,

Defendants.

Case No. 2:25-cv-122

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Plaintiff McDonald's Corporation ("McDonald's") sues JRI Holdings, LLC ("JRI") and Alterra Real Estate Advisors, LLC ("Alterra," and together with JRI, "Defendants"). The parties' dispute concerns the fair market value of real estate located at 625 W. Coshocton Street, Johnstown, Ohio 43031 (the "Premises").

The parties jointly move for a preliminary injunction. Because all parties agree that the Court should enter the preliminary injunction, it does so. Accordingly, Defendants (and all persons acting in concert with them) **SHALL** refrain from: (1) selling or transferring the Premises; (2) marketing the Premises to third parties; and (3) soliciting any other offers to purchase the Premises. No party waived any claim or defense in moving for this preliminary injunction. This injunction **SHALL** remain in effect pending further Court Order.

The Clerk shall terminate ECF No. 10.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**